UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID R. PETE,

          Plaintiff,

    v.

ANGEION GROUP LLC,

          Defendant.

Case No.  4:26-cv-01211-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *In re Facebook, Inc., Consumer Privacy User Profile Litigation*, 18-md-02843-VC.

**IT IS SO ORDERED.**

Dated: February 12, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California